# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| DWAIN LAWRENCE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 04-IPJ-RRA-2746 |
| ) | |
| JOHN ASHCROFT, et al, ) | |
| ) | |
| Respondent(s). ) | |

## **MEMORANDUM OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE and ORDERED this 20th day of April, 2005.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE

---

[1] The copy of the magistrate judge's report and recommendation mailed to the petitioner at his last known address was returned by the United States Postal Service marked "Not Known."